```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Linda-Lee Scott

    v.

Ford Motor Company, et al         Case No. 17-cv-358-PB


JUDGMENT

In accordance with the Order by Judge Paul Barbadoro dated February 5, 2018, and the Stipulation of Dismissal dated October 31, 2018, judgment is hereby entered.


By the Court:

_____
Daniel J. Lynch
Clerk of Court


Date: November 1, 2018

cc: Counsel of Record